**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 AUG -5 A 10 30

JAMES W. MARTIN,

      Plaintiff,

    vs.

                         CIVIL ACTION NO.: CV205-126

R. SUMNER,

         Defendant.

## O R D E R

    Plaintiff, an inmate incarcerated at the Federal Correctional Institution in Jesup, Georgia, submitted a complaint for filing in this Court. Plaintiff neither paid the filing fee nor filed a motion to proceed in forma pauperis. By Notice dated June 20, 2005, Plaintiff was instructed to pay the filing fee of $250.00 or move to proceed in forma pauperis within twenty (20) days. Plaintiff was further advised that his failure to comply with that notice may result in the dismissal of this action without prejudice. Plaintiff has failed to respond to the Clerk's notice. Accordingly, this action is **DISMISSED,** without prejudice.

    **SO ORDERED**, this 5th day of _____August_____, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## *Southern District of Georgia*

JAMES W. MARTIN

_____ )

vs                             )          CASE NUMBER  CV205-126 _____

R. SUMNER                      )          DIVISION      Brunswick _____

_____ )

     The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1.      Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2.      That the aforementioned enveloped contained a copy of the document dated ORDER _____ , which is part of the official record of this case.

Date of Mailing:      8/5/05 _____

Date of Certificate      [X] same date,    or   _____

                         Scott L. Poff, Clerk

               By:    Nita Rose _____

                      Deputy Clerk

Name and Address ___

JAMES W. MARTIN   FCI JESUP 2680 HIWAY 301 SOUTH   JESUP, GA. 31599

            [ ]   Copy placed in Minutes

            [✓]   Copy given to Judge

            [✓]   Copy given to Magistrate